UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

MAY - 6 2013
May 6 2013
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

UNITED STATES OF AMERICA,           )
                                    )
            v.                      )
                                    )
YUEH-HSUN TSAI                      )
                                    )
                                    )   No. 13 CR 325-1
                                    )   Magistrate Judge Susan E. Cox

**FORFEITURE AGREEMENT**

Pursuant to the Order Setting Conditions of Release entered in the above-named case on May 6, 2013 for and in consideration of bond being set by the Court for defendant YUEH-HSUN TSAI (the "defendant") in the amount of $500,000 being partially secured by real and personal property, **YUEH-HSUN TSAI AND HSIANG-YI TSENG, husband and wife and GRANTOR(S)** hereby understand, warrant and agree:

1. YUEH-HSUN TSAI AND HSIANG-YI TSENG warrant that they are the sole record owners and titleholders of the real property located at 1337 Hawthorne Lane, Glenview, Illinois, and described legally as follows:

> LOT 94 IN BONNIE GLEN ESTATES UNIT 1, A SUBDIVISION OF PART OF THE NORTHEAST 1/4 OF SECTION 35 AND THE NORTHWEST 1/4 OF SECTION 36, TOWNSHIP 42 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Permanent Index Numer: 04-16-105-004-0000

(the "subject property")

2. YUEH-HSUN TSAI AND HSIANG-YI TSENG warrant that there is one outstanding mortgage against the subject property and that their equitable interest in the real property equals at least $225,000.

3. YUEH-HSUN TSAI AND HSIANG-YI TSENG have received a copy of the Court's Order Setting Conditions of Release and understand its terms and conditions.

4. YUEH-HSUN TSAI AND HSIANG-YI TSENG understand and agree that the defendant will be subject to the terms and conditions of the Order Setting Conditions of Release until any of the following events: (a) defendant surrenders to serve his sentence; (b) defendant is taken into custody by order of the court in the above-captioned matter; (c) the above-captioned matter is dismissed against defendant in its entirety; or (d) judgment is entered in defendant's favor.

5. YUEH-HSUN TSAI AND HSIANG-YI TSENG agree that public docket entries and filings in the above-captioned matter constitute adequate notice to the sureties of all judicial proceedings in the case. YUEH-HSUN TSAI AND HSIANG-YI TSENG understand that modifications to the Court's Order Setting Conditions of Release may occur, and may materially change the conditions of release. In exchange for the entry of the Order Setting Conditions of Release, YUEH-HSUN TSAI AND HSIANG-YI TSENG waive any right to receive notice of judicial proceedings from the United States or the Court.

6. YUEH-HSUN TSAI AND HSIANG-YI TSENG understand and agree that this forfeiture agreement applies to any modified Order Setting Conditions of Release entered by the Court in the above-captioned matter.

7. YUEH-HSUN TSAI AND HSIANG-YI TSENG agree that their equitable interest in the above-described real property shall be forfeited to the United States of America should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

8. YUEH-HSUN TSAI AND HSIANG-YI TSENG agree to execute a quit claim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court.

9. YUEH-HSUN TSAI AND HSIANG-YI TSENG understand that the United States of America will seek an order from the Court authorizing the United States of America to file and record the above-described deed, and will take whatever other action that may be necessary to perfect its interest in the above-described real property, should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

10. YUEH-HSUN TSAI AND HSIANG-YI TSENG understand and agree that, should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, YUEH-HSUN TSAI AND HSIANG-YI TSENG will be liable to pay the difference between the bond amount of $500,000 and their equitable interest in the subject property, and YUEH-HSUN TSAI AND HSIANG-YI TSENG hereby agree to the entry of a default judgment against them for the amount of any such difference.

11. YUEH-HSUN TSAI AND HSIANG-YI TSENG agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

12. YUEH-HSUN TSAI AND HSIANG-YI TSENG understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond

set for defendant, they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury.

13. YUEH-HSUN TSAI AND HSIANG-YI TSENG agree that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder's Office as notice of encumbrance in the amount of the bond.

14. YUEH-HSUN TSAI AND HSIANG-YI TSENG hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct.

15. YUEH-HSUN TSAI AND HSIANG-YI TSENG understand and agree that failure to comply with any term or condition of this Forfeiture Agreement will constitute grounds for the United States of America to request that the bond posted for the release of the defendant be revoked.

Date: 5-6-2013

YUEH-HSUN TSAI
Surety/Grantor

Date: 5-6-2013

HSIANG-YI TSENG
Surety/Grantor

Date: 5-6-2013

Witness

**Prepared by and Return to:**
Bissell, US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

4