IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 13 CR 325-1 |
| v. | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| YUEH-HSUN TSAI | ) | |
| also known as "Gary Tsai" | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S WAIVER OF PRELIMINARY HEARING

I, Gary Tsai, the above-named defendant, who is charged by complaint with violations of 18 U.S.C. §371, 50 U.S.C. §1705 and 18 U.S.C. §1956, being advised of the nature of charges and of my right to a preliminary hearing pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, do hereby waive a preliminary hearing and agree to appear for any further proceedings as ordered by the Court.

Dated: May 21, 2013

_____
Gary Tsai
Defendant

_____
Theodore T. Poulos
Attorney for Defendant Tsai

Theodore T. Poulos
Marty Basu
Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd.
33 North Dearborn Street, Suite 600
Chicago, IL 60602
312-263-0345