IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 13 CR 325-1 |
| v. | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| YUEH-HSUN TSAI | ) | |
| also known as "Gary Tsai" | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO: Patrick C. Pope
Assistant U.S. Attorney
219 South Dearborn Street
Suite 500
Chicago, IL 60604

PLEASE TAKE NOTICE that on Tuesday, May 21, 2013, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Defendant's Waiver Of Preliminary Hearing*, which is served upon you through the Court's electronic filing system together with this Notice.

Respectfully submitted,

By: /s/ Theodore T. Poulos
Attorney for Defendant Tsai

Theodore T. Poulos
Marty Basu
Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd.
33 North Dearborn Street, Suite 600
Chicago, IL 60602
312-263-0345