# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 13 CR 325 - 1 | **DATE** | 5/23/2013 |
| **CASE TITLE** | United States of America vs. Yueh-Hsun Tsai | | |

**DOCKET ENTRY TEXT**

Defendant's counsel having filed a waiver of preliminary hearing, preliminary examination set for 5/28/13 at 10:30 a.m. is stricken. Enter a finding of probable cause; Order defendant bound to the district court for further proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | vkd |
|---|---|---|