UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 13 CR 325 |
| vs. ) | |
| ) | Chief Judge James F. Holderman |
| YUEH-HSUN TSAI, ) | |
|     also known as "Gary Tsai" ) | |

# **O R D E R**

Upon the Government's Agreed Motion For Extension of Time to Return Indictment, under Title 18, United States Code, Section 3161(h)(7)(B), for an extension of time in which to return an indictment in the above-captioned case,

IT IS HEREBY ORDERED that the time within which to file an indictment against the defendant be extended from May 31, 2013, to and including June 30, 2013. Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendant in a speedy trial for the reasons set forth in the motion and the Attachment accompanying the motion.

ENTERED:

_James F. Holderman_
JAMES F. HOLDERMAN
Chief Judge

Dated: May 29, 2013